# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2010

141245

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

DELSHONE MAJORS, as Personal
Representative of the Estate of DAVID EUGENE
MAJORS,
              Plaintiff-Appellee,

v

OFFICER LAVON HOWELL,
              Defendant,

and

TROOPER RICHARD FELL, TROOPER JAMES
GRADY, and TROOPER TIMOTHY RAJALA,
              Defendants-Appellants.

SC: 141245
COA: 289972
Wayne CC: 07-710697-NO

_____/

        On order of the Court, the application for leave to appeal the May 6, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2010                                    _____
                                                                    Clerk

p1124